## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lee H. Wagner, : 
              Appellant : 
               : 
          v. :    No. 683 C.D. 2016
               : 
Allegheny County Assistant : 
District Attorney, Christopher H. : 
Connors : 

## **O R D E R**

NOW, February 28, 2017, having considered appellant's application for reargument and appellee's answer in response thereto, the application is denied.

 

                                                       _____

                                                       MARY HANNAH LEAVITT,
                                                       President Judge